UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 3, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )   Case No. MAG. 05-0128-GGH
            Plaintiff,             )
v.                                 )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
CAROL ANN MARTIN,                  )
                                   )
            Defendant.             )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CAROL ANN MARTIN</u>, Case No. <u>MAG. 05-0128-GGH</u>, Charge <u>18USC § 641</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of $\_\_

            \_\_    Unsecured Appearance Bond

            \_\_    Appearance Bond with 10% Deposit

            \_\_    Appearance Bond with Surety

            \_\_    Corporate Surety Bail Bond

    ✔    (Other)    <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 3, 2005</u> at <u>4:20 pm</u>.

By  <u>/s/ Gregory G. Hollows</u>
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court