```
FILED
May 19, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAROL ANN MARTIN, ) <br> ) <br> Defendant. ) | Case No. CR.S-05-0195-DFL <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CAROL ANN MARTIN , Case No.  CR.S-05-0195-DFL , Charge  18USC § 371- Conspiracy to Possess Stolen U.S. Treasury Checks , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of $_____

        \_\_   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

        \_\_   (Other)   Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 19, 2005  at  2:00 pm .

                            By   /s/ Gregory G. Hollows
                                Gregory G. Hollows
                                United States Magistrate Judge

Copy 5 - Court