UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Carol Ann Martin                                                                 **Docket No. CRS-05-0195-DFL**

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Carol Ann Martin, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 19th day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:371- Conspiracy to Possess Stolen U.S. Treasury Checks and Five or More False Identification Documents; 18:510 (b) and 2- Possession of Stolen U.S. Treasury Checks and Aiding and Abetting; and 18:1028(a)(3) and 2- Unlawful Possession of Five or More False Identification Documents and Aiding and Abetting.

**BOND CONDITIONS**: The defendant was released on her own personal recognizance with pretrial services supervision and special conditions of release.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Ms. Martin submitted a urine sample to Mental Health Systems Inc., in San Bernardino, California, on September 22, 2005, which tested positive for amphetamine/ methamphetamine.  This is a presumptive test result; however, Ms. Martin advised her Pretrial Services Officer in Riverside, California, that she did use methamphetamine on September 21, 2005, while with friends.

**PRAYING THAT THE COURT WILL ORDER** a hearing on Wednesday, September 28, 2005, at 2:00 p.m.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**       On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                   Respectfully submitted,

                                                                   /s/ Gina Lee Faubion

                                                                  Gina Lee Faubion
                                                                  Pretrial Services Officer
                                                                  September 23, 2005

**ORDER**

\_\_\_\_\_    The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ \_\_\_.

\_\_\_\_    The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_    The Court orders a summons be issued with an appearance date of _____.

**\_\_X\_\_**    The Court hereby orders this matter placed on this court's calendar on Sept. 28, 2005 at 2:00 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_    The Court orders no action be taken.

                                                            Considered and ordered this 27th day of
                                                            September, 2005, and ordered filed and
                                                            made a part of the records in the above case.
                                                            /s/ Gregory G. Hollows
                                                            _____
                                                            U.S. Magistrate Judge/U.S. District Judge

**Pretrial Services Violation Petition - page 2**
**Martin, Carol Ann**

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release;

3. You shall remain at the MFI inpatient facility at 4295 Brockton Ave in Riverside, California, and participate in their program of substance treatment until released by the Pretrial Services Officer;

4. You are released to the third party custody of the MFI program and your parents, Gary and Janie Orender:
    a. You shall reside at and participate with the MFI program, as directed by program staff;
    b. Your parents shall escort you to the MFI facility upon being released from custody and escort you to all required court hearings.

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used.

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer upon successful completion of the MFI inpatient program;

9. Upon successfully completing the MFI inpatient program, you shall reside at a residence approved by Pretrial Services, and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer; and,

10. Your travel is restricted to the Eastern District and Central District of California without the prior consent of the Pretrial Services Officer.